UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MICHAEL J MOORE  
    LYNETTE MOORE  
        Debtor(s)

Case No. 11-22244

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/26/2011, and was converted to chapter 13 on 09/16/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/23/2011.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,520.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:         $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 1,777.62 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 5,690.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGY CONS | Unsecured | 44.33 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 121.32 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SVC | Unsecured | 1,055.00 | NA | NA | 0.00 | 0.00 |
| CK MARKETING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES | Unsecured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Unsecured | 8,084.12 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| CONVENTIONS PSYCHIATRY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE MEDICAL CENTER | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 105.78 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 316.13 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 332.54 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MED SERV | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE LEASING COMPANY | Unsecured | 1,068.87 | NA | NA | 0.00 | 0.00 |
| EZPAYDAY CASH | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICES | Unsecured | 121.32 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 369.74 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 380.90 | NA | NA | 0.00 | 0.00 |
| IDEALGELT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| IMMEDIATE CREDIT RECOVERY INC | Unsecured | 2,265.90 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL VILLAGE APARTME | Unsecured | 503.45 | NA | NA | 0.00 | 0.00 |
| KENWOOD SERVICES LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LAKOTA CASH PAYDAY FINANCIAL | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIO | Unsecured | 502.60 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 240.14 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 405.36 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| MUHAMMAD A SHAHZAD | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE INTERNISTS | Unsecured | 53.56 | NA | NA | 0.00 | 0.00 |
| NATCREADJ | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 636.40 | NA | NA | 0.00 | 0.00 |
| ORAL & MAXILLOFACIAL SURGERY | Unsecured | 171.20 | NA | NA | 0.00 | 0.00 |
| PAYDAY FINANCIAL LLC | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| PHSIOTHERAPY ASSOCIATES | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PLS LOAN STORE | Unsecured | 4,930.24 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE RECOVERY | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE P&C ASSOC | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 10,584.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 767.02 | NA | NA | 0.00 | 0.00 |
| SPOT ON LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| STRN CR REC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| STRN CR REC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE LOMBARD | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,181.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| VISTA HOLDINGS GROUP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 502.60 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MULTI SPECIALTY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| WHEATON ORAL SURGERY & IMPLA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/28/2012                                        By: /s/ Glenn Stearns
                                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**